**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------ x

| | |
|---|---|
| **TAYLOR DUKE** | : |
| **on behalf of herself and** | : |
| **similarly situated employees,** | : |
| | : **Civil Action No. 2:20-cv-865 CCW** |
| *Plaintiff,* | : |
| | : **Electronically Filed** |
| **v.** | : |
| | : |
| **HARVEST HOSPITALITIES, INC.,** | : |
| **AND SATTAR SHAIK,** | : |
| | : |
| *Defendants.* | : |

------------------------------------------------------ x

**JOINT MOTION FOR ONE-WEEK EXTENSION**
**OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT**

**AND NOW** come Plaintiffs and Defendants, through their respective counsel, and hereby file this joint motion for one-week extension of time for Plaintiffs to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement in this action.

Per this Court's Order of May 31, 2022, Plaintiffs shall file their Motion for Preliminary Approval of Class Action Settlement on or before June 21, 2022. (ECF No. 138.)  The Parties have worked diligently to finalize the agreement and related papers.  In the process of finalizing the agreements, the Parties discovered that the time record dataset on which the Parties will rely in calculating allocations made pursuant to the Settlement Agreement requires a manual removal of assistant manager and manager shifts.  This manual removal needs to be completed before the Parties can complete one of the schedules that Plaintiffs' will attach to the motion for class certification.

Accordingly, the Parties request a short extension so that the Parties can complete this manual removal of assistant manager and manager shifts.

**WHEREFORE,** the Parties respectfully request the Court enter an order extending the deadline for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement to June 28, 2022.

\*        \*        \*        \*        \*

A proposed order is submitted herewith.

Dated: June 21, 2022
      Pittsburgh, PA

                      Respectfully submitted,

/s/ *Joseph H. Chivers*

Joseph H. Chivers
   jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP LLC
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.: (412) 227-0763
Fax: (412) 774-1994

Jeffrey W. Chivers
   jwc@chivers.com
Theodore I. Rostow
   tir@chivers.com
CHIVERS LLP
300 Cadman Plaza West
12th Floor
Brooklyn, New York 11201
Tel.: (718) 210-9826/9827

*Counsel for Plaintiff*
*and all others similarly situated*

/s/ *Sunshine R. Fellows*

Sunshine R. Fellows, Esquire
   sunshine.r.fellows@lewisbrisbois.com
Chloe C. Zidian, Esquire
   chloe.zidian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH
429 Fourth Avenue, Ste. 805
Pittsburgh, PA  15219
Tel.: (412) 301-1036
Fax: (412) 567-5494

*Counsel for Defendants, Harvest Hospitalities,*
*Inc., and Sattar Shaik*