# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAYLOR DUKE, *on behalf of herself and similarly situated employees*,<br><br>    Plaintiff,<br><br>v.<br><br>HARVEST HOSPITALITIES, INC., and SATTAR SHAIK,<br><br>    Defendants. | Civil Action No. 2:20-865-CCW |
| ALEXIS WILSON, KAITLIN SHOEMAKER and GABRIELLE HAUZE, *on behalf of themselves and similarly situated employees*,<br><br>    Plaintiffs,<br><br>v.<br><br>HARVEST HOSPITALITIES, INC., SATTAR SHAIK, HARVEST 568 INC., HARVEST 3405 INC. and HARVEST 3614 INC.,<br><br>    Defendants. | Civil Action No. 2:22-744-CCW |
| NICOLE ROYAL, BENJAMIN REEVE, JENNIFER RODRIGUEZ-LOPEZ, JUAN SANCHEZ, YORK ALVARADO, and GABRIELLE LAVALLE, *on behalf of themselves and similarly situated employees*,<br><br>    Plaintiffs,<br><br>v.<br><br>HARVEST HOSPITALITIES, INC., HARVEST 2017, INC., HARVEST 2051, INC., HARVEST 2085, INC., HARVEST 4694, and SATTAR SHAIK,<br><br>    Defendants. | Civil Action No. 2:22-573-CCW |

| | |
|---|---|
| CLAUDIO MORALES, KYLE KAMMER, DWIGHT L. CLARKE, LAWRENCE C. SCOTT, JAMIE SUTTON, JASMINE COOLEY, MEGAN BOYER, *and* JESSICA JORDAN, *on behalf of themselves and similarly situated employees*,<br><br>            Plaintiffs,<br><br>       v.<br><br>HARVEST HOSPITALITIES, INC., SATTAR SHAIK, HARVEST ASSOCIATES INCORPORATED, HARVEST PASADENA, INC., HARVEST-GAMBRILLS, INC., HARVEST KENT ISLAND, INC., HARVEST SALISBURY, INC., HARVEST OCEAN CITY, INC., HARVEST ONLEY, INC., HARVEST MANASSAS MALL, INC., HARVEST MANASSAS, INC., HARVEST 493, INC., HARVEST 591, INC., and HARVEST 575, INC.,<br><br>            Defendants. | Civil Action No. 2:22-772-CCW |

**Plaintiffs' Unopposed Motion for**
**Preliminary Approval of Class Action Settlement**

Pursuant to Federal Rule of Civil Procedure 23(e), the named plaintiffs in the above-captioned actions (the "Actions") respectfully move this Court for preliminary approval of the class-action Settlement Agreement that has been reached in the Actions. The Settlement Agreement is attached to this motion as **Exhibit 1.**

For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully ask the Court to (i) provisionally certify the proposed settlement class, (ii) preliminarily approve the settlement terms as fair, reasonable, and adequate, (iii) appoint Joseph H. Chivers of the law firm The Employment Rights Group, LLC, and Jeffrey W. Chivers and Theodore I. Rostow of

2

Chivers LLP as class counsel, (iv) appoint the named plaintiffs in the Actions ("Named Plaintiffs") as class representatives, (v) preliminarily approve the enhancement payments agreed upon in the Settlement Agreement, (vi) approve Rust Consulting as the Settlement Administrator and preliminarily approve the costs of the settlement administration, (vii) endorse the proposed process for approval of attorneys' fees and costs, (viii) approve the form of the Class Action Settlement Notice (attached to the Agreement as Exhibit F), which will be sent to all Class Members identified in Schedules A through D of the Settlement Agreement, (ix) set deadlines for exclusions and objections to the settlement, and (x) schedule a Fairness Hearing to take place no less than 100 days after the date of the Court's preliminary approval order.

Defendant does not oppose this motion. A proposed order is attached.

Dated:   June 28, 2022

By:   s/ Joseph H. Chivers

Joseph H. Chivers
   jchivers@employmentrightsgroup.com
**THE EMPLOYMENT RIGHTS GROUP LLC**
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.:  (412) 227-0763
Fax:  (412) 774-1994

Jeffrey W. Chivers, Esq.
   jwc@chivers.com
Theodore I. Rostow, Esq.
   tir@chivers.com
**CHIVERS LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, New York  11201
Tel.:  (718) 210-9825

*Counsel for Plaintiffs
and all others similarly situated*